UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 4:21-CV-13-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $5,150.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiffs assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiffs counsel's office address.

**This judgment filed and entered on December 8, 2022, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Amanda Gilman (via CM/ECF NEF)
Casia W. Parson (via CM/ECF NEF)

December 8, 2022

PETER A. MOORE, JR., CLERK

 /s/ Debra Reznick
By: Deputy Clerk