UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 4:21-CV-13-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. §406(b) in the amount of $18,000.00.

**This judgment filed and entered on March 16, 2023, and served on:**
Charlotte Hall (via CM/ECF NEF)
Amanda Gilman (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

March 16, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk